EMIL HEINEMAN, Respondent, *v.* BENJAMIN WATERBURY, Appellant.

(Argued December 6, 1881 ; decided December 13, 1881.)

Motion for substitution and dismissal of appeal granted.
All concur.
No opinion.